1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONECIA AUGUSTUS, an individual; and MARK AUGUSTUS, an individual;<br><br>  Plaintiffs,<br><br>  vs.<br><br>COUNTY OF LOS ANGELES; WILLIAM SPILLER, Jr., in his individual and official capacity; SHAUNTA MONTGOMERY, in her individual and de-facto official capacity; HON. GUS TO. MAY in his official capacity only; HON. MICHAEL C. SMALL in his official capacity only; and DOES 1-10,<br><br>  Defendants. | Case No.:  2:20-cv-11255 FLA (RAO)<br><br>[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LOS ANGELES' MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(b)(6) FOR FAILURE TO STATE A CLAIM |

Defendant County of Los Angeles has moved to dismiss counts one (1) though three (3) of Plaintiffs' Complaint. This motion to dismiss is GRANTED as follows:

1

The first, second, and third causes of action are DISMISSED [WITH/WITHOUT] LEAVE TO AMEND as to Defendant County of Los Angeles for the following reasons: (1) Defendant County of Los Angeles is not involved in Plaintiffs' suit in that Defendant did not remove the minor child from Plaintiffs' custody and did not participate in hearings when the Probate court granted guardianship; (2) Defendant County of Los Angeles and Co-Defendants Shaunta Montgomery and William Spiller, Jr. are not joint state actors; (3) collateral estoppel bars Plaintiffs' suit; and (4) the statute of limitation precludes prosecution of any allegations prior to December 11, 2018.

DATED: _____      _____

Hon. Fernando L. Aenlle-Rocha
Judge of the United States District Court